# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lanzillo, Richard A. | U.S. District Court, Western District of Pennsylvania | 08/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (FT) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
17 South Park Row
Erie, PA 16501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair | Mercyhurst University Board of Trustees |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 08/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Millcreek Township School District |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 08/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lanzillo, Richard A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. PNC BANK (CASH) | C | Interest | L | T | | | | | |
| 3. CHASE BANK (CASH) (X) | C | Interest | M | T | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. AB LIMITED DURATION HIGH INCOME PORT- ADVISOR CLASS (ALHYX) | A | Dividend | L | T | Buy | 06/28/19 | K | | |
| 6. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 7. AB EMERGING MARKETS MULTI (ABYEX) | C | Dividend | L | T | Buy (add'l) | 06/28/19 | J | | |
| 8. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 9. AB CAP FD INC GLBL CORE EQI PORT ADV CL (GCEYX) | C | Dividend | L | T | Sold (part) | 05/21/19 | J | | |
| 10. | | | | | Sold (part) | 06/28/19 | J | A | |
| 11. | | | | | Buy (add'l) | 12/17/19 | J | | |
| 12. AB SUSTAINABLE GLOBAL THEMATIC FUND CL ADV (ATEYX) | C | Dividend | L | T | Sold (part) | 05/21/19 | J | | |
| 13. | | | | | Sold (part) | 06/28/19 | J | | |
| 14. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 15. BERNSTEIN EMERGING MKTS PORT (SNEMX) | | None | | | Buy (add'l) | 05/21/19 | K | | |
| 16. | | | | | Sold | 06/28/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. IRA #2 (H) | | | | | | | | | |
| 18. AB CAP FD INC GLBL CORE EQI PORT ADV CL (GCEYX) | B | Dividend | L | T | Buy (add'l) | 12/17/19 | J | | |
| 19. IRA #3 (H) | | | | | | | | | |
| 20. BERNSTEIN INTERMED DUR PORT (SNIDX) | D | Dividend | M | T | | | | | |
| 21. AB BOND INFLATION STRAT CL 1 (ABNOX) | A | Dividend | K | T | | | | | |
| 22. AB GLOBAL BOND FD ADV CL (ANAYX) | D | Dividend | M | T | Buy (add'l) | 12/06/19 | J | | |
| 23. AB DISCOVERY VALUE FUND ADV CL (ABASX) | A | Dividend | J | T | | | | | |
| 24. AB DISCOVERY GROWTH FUND ADV CL (CHCYX) | A | Dividend | J | T | Sold (part) | 05/28/19 | J | | |
| 25. AB SMALL CAP CORE PORT ADV (SCRYX) | A | Dividend | J | T | | | | | |
| 26. ADOBE SYSTEMS INC (ADBE) | | None | J | T | Sold (part) | 04/09/19 | J | A | |
| 27. ALPHABET INC CLASS C (GOOG) | | None | J | T | Sold (part) | 05/28/19 | J | A | |
| 28. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 29. ALTRIA GROUP (MO) | A | Dividend | J | T | | | | | |
| 30. AMERICAN ELECTRIC POWER (AEP) | A | Dividend | J | T | Sold (part) | 01/22/19 | J | A | |
| 31. ANTHEM INC (ANTM) | A | Dividend | J | T | | | | | |
| 32. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 33. AUTOMATIC DATA PROCESSING INC. (ADP) | A | Dividend | J | T | Buy | 01/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34.  AUTOZONE INC (AZO) | | None | J | T | Sold<br>(part) | 05/28/19 | J | A | |
| 35.  BANK OF AMERICA (BAC) | A | Dividend | J | T | | | | | |
| 36.  BERKSHIRE HATHAWAY (BRK.A) | | None | J | T | | | | | |
| 37.  BIOGEN INC (BIIB) (Y) | | | | | | | | | |
| 38.  BOEING CO (BA) | A | Dividend | J | T | | | | | |
| 39.  BOOKING HOLDINGS INC (BKNG) | | None | J | T | | | | | |
| 40.  BROADCOM INC (AVGO) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 41.  CBRE GROUP (CBRE) | | None | J | T | | | | | |
| 42.  CDW CORP (CDW) | A | Dividend | J | T | | | | | |
| 43.  CHECK POINT SOFTWARE (CHKP) (X) | | None | J | T | | | | | |
| 44.  CHEVRON CORP (CVX) | A | Dividend | J | T | | | | | |
| 45.  CISCO SYSTEMS (CSCO) | A | Dividend | J | T | | | | | |
| 46.  CITIGROUP INC (C) | A | Dividend | J | T | | | | | |
| 47.  COGNIZANT TECHNOLOGY<br>SOLUTIONS (CTSH) (Y) | | | | | | | | | |
| 48.  CONSTELLATION BRANDS (STZ) (Y) | | | | | | | | | |
| 49.  COMCAST CORP (CMCSA) | A | Dividend | J | T | | | | | |
| 50.  COSTCO WHOLESALE (COST) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. CUBESMART (CUBE) | A | Dividend | J | T | | | | | |
| 52. DELTA AIR LINES (DAL) | A | Dividend | J | T | | | | | |
| 53. DOLLAR GENERAL CORP (DG) | A | Dividend | J | T | | | | | |
| 54. EATON CORPORATION (ETN) (X) | A | Dividend | J | T | | | | | |
| 55. EDWARDS LIFESCIENCES (EW) | | None | J | T | | | | | |
| 56. ELECTRONIC ARTS INC (EA) (X) | | None | J | T | | | | | |
| 57. ELI LILLY & CO (LLY) | A | Dividend | | | Buy | 04/10/19 | J | | |
| 58. | | | | | Sold | 11/15/19 | J | | |
| 59. EOG RES INC (EOG) | A | Dividend | J | T | | | | | |
| 60. EVEREST RE GROUP LTD (RE) | A | Dividend | J | T | | | | | |
| 61. EXXON MOBIL CORP (XOM) | A | Dividend | | | Sold | 05/14/19 | J | | |
| 62. FACEBOOK (FB) | | None | J | T | Buy (add'l) | 06/13/19 | J | | |
| 63. FIDELITY NATIONAL INFORMATION SERVICES (FIS) | A | Dividend | J | T | | | | | |
| 64. FIDELITY NATIONAL FINANCIAL (FNF) | A | Dividend | J | T | | | | | |
| 65. GILEAD SCIENCES (GILD) | A | Dividend | J | T | | | | | |
| 66. GOLDMAN SACHS GROUP (GS) | A | Dividend | J | T | | | | | |
| 67. HOME DEPOT (HD) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lanzillo, Richard A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. HONEYWELL INTERNATIONAL (HON) | A | Dividend | J | T | | | | | |
| 69. HP INC (HPQ) (Y) | | | | | | | | | |
| 70. INTEL CORP (INTC) | | None | J | T | Sold | 01/18/19 | J | A | |
| 71. | | | | | Buy | 12/02/19 | J | | |
| 72. JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | Buy | 06/19/19 | J | | |
| 73. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |
| 74. LYONDELLBASELL INDUSTRIES (LYB) (Y) | | | | | | | | | |
| 75. MAGNA INTERNATIONAL (MGA) | A | Dividend | J | T | | | | | |
| 76. MEDTRONIC PLC (MDT) | A | Dividend | J | T | Buy | 07/19/19 | J | | |
| 77. MERCK & CO (MRK) | A | Dividend | J | T | | | | | |
| 78. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 79. MARATHON PETE CORP (MPC) (Y) | | | | | | | | | |
| 80. MCDONALDS CORP (MCD) | A | Dividend | | | Sold | 06/13/19 | J | A | |
| 81. MID AMERICA APARTMENT COMMUNITIES (MAA) | A | Dividend | J | T | | | | | |
| 82. NATIONAL OILWELL VARCO (NOV) (Y) | | | | | | | | | |
| 83. NEXTERA ENERGY INC (NEE) | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 84. NIKE INC (NKE) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lanzillo, Richard A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85.  NISOURCE INC (NI) | A | Dividend | | | Sold | 11/21/19 | J | A | |
| 86.  NOKIA (NOK) | A | Dividend | | | Sold | 05/28/19 | J | | |
| 87.  NORFOLK SOUTHERN (NSC) | A | Dividend | J | T | | | | | |
| 88.  NOVO NORDISK A/S-ADR (NVO) (X) | A | Dividend | J | T | | | | | |
| 89.  NORTHROP GRUMMAN (NOC) (Y) | | | | | | | | | |
| 90.  ORACLE CORP (ORCL) | A | Dividend | J | T | | | | | |
| 91.  PAYPAL HOLDINGS INC COM (PYPL) | | None | J | T | Buy | 01/23/19 | J | | |
| 92.  PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 93.  PFIZER INC (PFE) | A | Dividend | J | T | | | | | |
| 94.  PHILLIPS 66 (PSX) (X) | A | Dividend | J | T | | | | | |
| 95.  PNC FINANCIAL SVC GROUP INC (PNC) (X) | | None | J | T | | | | | |
| 96.  PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 97.  PROGRESSIVE CORP OHIO (PGR) | A | Dividend | J | T | | | | | |
| 98.  RAYTHEON CO (RTN) | A | Dividend | J | T | Sold (part) | 06/12/19 | J | A | |
| 99.  REGENCY CENTERS CORP (REG) | A | Dividend | J | T | | | | | |
| 100.  REGENERON PHARMACEUTICALS (REGN) | | None | J | T | Buy | 11/13/19 | J | | |
| 101.  REINSURE GROUP OF AMERICA (RGA) | A | Dividend | J | T | Buy | 09/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lanzillo, Richard A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102.  ROCHE HOLDING LTD (RHHBY) (X) | | None | J | T | | | | | |
| 103.  ROSS STORES (ROST) | A | Dividend | J | T | | | | | |
| 104.  ROYAL DUTCH SHELL (RDS.B) | A | Dividend | J | T | | | | | |
| 105.  S&P GLOBAL INC (SPGI) | A | Dividend | | | Sold | 05/14/19 | J | A | |
| 106.  STARBUCKS CORP (SBUX) | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 107.  SUN COMMUNITIES (SUI) (Y) | | | | | | | | | |
| 108.  SYNCHRONY FINANCIAL (SYF) | A | Dividend | J | T | | | | | |
| 109.  TEXAS INSTRUMENTS INC (TXN) | A | Dividend | J | T | | | | | |
| 110.  TJX COMPANIES (TJX) | A | Dividend | J | T | | | | | |
| 111.  T MOBILE US (TMUS) (Y) | | | | | | | | | |
| 112.  TOTAL SYSTEM SERVICES (TSS) (Y) | | | | | | | | | |
| 113.  UNITED HEALTH GROUP INC (UNH) | A | Dividend | J | T | | | | | |
| 114.  US FOODS HOLDING CORP (USFD) | | None | J | T | | | | | |
| 115.  VERIZON COMMUNICATIONS (VZ) | A | Dividend | J | T | | | | | |
| 116.  VERTEX PHARMACEUTICALS (VRTX) | | None | J | T | | | | | |
| 117.  VISA INC (V) | A | Dividend | J | T | | | | | |
| 118.  VMWARE INC CL A (VMW) (X) | | None | | | Sold | 08/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. WALMART STORES (WMT) | A | Dividend | J | T | | | | | |
| 120. WALT DISNEY CO (DIS) | A | Dividend | J | T | | | | | |
| 121. WELLS FARGO & CO (WFC) | A | Dividend | J | T | | | | | |
| 122. WESTLAKE CHEMICAL CORP (WLK) (X) | A | Dividend | J | T | | | | | |
| 123. XEROX CORP (XRX) (Y) | | | | | | | | | |
| 124. XILINX INC (XLNX) (Y) | | | | | | | | | |
| 125. ZOETIS (ZTS) | A | Dividend | J | T | | | | | |
| 126. BERNSTEIN INTERNATIONAL PORTFOLIO (SIMTX) | A | Dividend | L | T | Buy (add'l) | 05/28/19 | J | | |
| 127. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 128. AB INTL STRAT EQI PORT ADV (STEYX) | B | Dividend | L | T | Buy (add'l) | 05/28/19 | J | | |
| 129. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 130. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 131. AB INTL SMALL CAP PORT ADV CL (IRCYX) | A | Dividend | K | T | Buy (add'l) | 05/28/19 | J | | |
| 132. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 133. BERNSTEIN EMERGING MARKETS PORTFOLIO (SNEMX) | A | Dividend | J | T | | | | | |
| 134. AB ALL MARKET REAL RETURN PORT CL 1 (AMTAX) | A | Dividend | K | T | Buy (add'l) | 06/19/19 | J | | |
| 135. OVERLAY A PORTFOLIO CL 1 (SAOOX) | B | Dividend | M | T | Buy (add'l) | 06/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 136. | | | | | Buy<br>(add'l) | 12/18/19 | J | | |
| 137. OVERLAY B PORTFOLIO CL 1 (SBOOX) | D | Dividend | M | T | Buy<br>(add'l) | 06/19/19 | J | | |
| 138. | | | | | Buy<br>(add'l) | 12/18/19 | J | | |
| 139. IRA #4 (H) | | | | | | | | | |
| 140. AB CAP FD INC GLBL CORE EQI PORT ADV CL (GCEYX) | B | Dividend | L | T | Buy<br>(add'l) | 12/17/19 | J | | |
| 141. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 142. BERNSTEIN DIVERSIFIED MUNICIPAL PORTFOLIO (SNDPX) | C | Dividend | M | T | Buy<br>(add'l) | 04/03/19 | K | | |
| 143. | | | | | Buy<br>(add'l) | 07/01/19 | K | | |
| 144. ALPHABET INC (GOOGL) | | None | J | T | Sold<br>(part) | 04/03/19 | J | A | |
| 145. AMDOCS LIMITED (DOX) | A | Dividend | J | T | | | | | |
| 146. AMEREN CORP (AEE) (Y) | | | | | | | | | |
| 147. AMERICAN ELECTRIC POWER CO INC (AEP) (Y) | | | | | | | | | |
| 148. AMERICAN FINANCIAL GROUP INC (AFG) (X) | A | Dividend | J | T | | | | | |
| 149. ANTHEM INC (ANTM) | A | Dividend | J | T | | | | | |
| 150. AON PLC (AON) | | None | | | Sold | 01/14/19 | J | A | |
| 151. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 152. AUTOMATIC DATA PROCESSING INC (ADP) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lanzillo, Richard A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. AUTOZONE INC (AZO) | | None | J | T | Sold (part) | 05/31/19 | J | A | |
| 154. BOEING CO (BA) (Y) | | | | | | | | | |
| 155. BOOZ ALLEN HAMILTON (BAH) | A | Dividend | J | T | | | | | |
| 156. BRISTOL MYERS SQUIBB CO (BMY) | A | Dividend | J | T | | | | | |
| 157. BRITISH AMERICAN TOBACCO (BTI) | A | Dividend | J | T | | | | | |
| 158. BROWN & BROWN INC (BRO) (Y) | | | | | | | | | |
| 159. C H ROBINSON WORLDWIDE INC (CHRW) (X) | A | Dividend | J | T | | | | | |
| 160. CDW CORPORATION (CDW) | A | Dividend | J | T | | | | | |
| 161. CHECK POINT SOFTWARE (CHKP) | | None | J | T | | | | | |
| 162. CHEVRON CORPORATION (CVX) | A | Dividend | J | T | | | | | |
| 163. CITRIX SYSTEMS INC (CTXS) (X) | A | Dividend | J | T | | | | | |
| 164. CME GROUP INC (CME) | A | Dividend | J | T | | | | | |
| 165. COMCAST CORP (CMCSA) | A | Dividend | J | T | | | | | |
| 166. COMERICA INC (CMA) (X) | A | Dividend | J | T | | | | | |
| 167. COPART INC (CPRT) (Y) | | | | | | | | | |
| 168. CVS HEALTH CORPORATION (CVS) (Y) | | | | | | | | | |
| 169. DECKERS OUTDOOR CORPORATION (DECK) | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lanzillo, Richard A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 170. DOLLAR GENERAL CORPORATION (DG) | A | Dividend | J | T | | | | | |
| 171. ELI LILLY & CO (LLY) | A | Dividend | J | T | | | | | |
| 172. ESSENT GROUP LTD (ESNT) (X) | A | Dividend | J | T | | | | | |
| 173. EVEREST RE GROUP LTD (RE) | A | Dividend | J | T | | | | | |
| 174. FACEBOOK INC (FB) (X) | | None | J | T | | | | | |
| 175. FIDELITY NATIONAL INFORMATION (FIS) | A | Dividend | J | T | | | | | |
| 176. FIDELITY NATIONAL FINANCIAL (FNF) | A | Dividend | J | T | | | | | |
| 177. GENPACT LIMITED (G) (X) | A | Dividend | J | T | | | | | |
| 178. GLOBAL PAYMENTS INC (GPN) | A | Dividend | J | T | | | | | |
| 179. GILEAD SCIENCES INC (GILD) (Y) | | | | | | | | | |
| 180. HELEN OF TROY LTD-BERMUDA (HELE) (Y) | | | | | | | | | |
| 181. HOME DEPOT INC (HD) | A | Dividend | J | T | | | | | |
| 182. ICON PLC (ICLR) | | None | | | Sold | 02/11/19 | J | A | |
| 183. INTERCONTINENTAL EXCHANGE (ICE) (Y) | | | | | | | | | |
| 184. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |
| 185. LAMAR ADVERTISING COMPANY (LAMR) (Y) | | | | | | | | | |
| 186. LYONDELLBASELL INDUSTRIES (LYB) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 187. LOCKHEED MARTIN CORP (LMT) (X) | A | Dividend | J | T | | | | | |
| 188. L3 HARRIS TECHNOLOGIES INC (LHX) | A | Dividend | J | T | | | | | |
| 189. MASCO CORP (MAS) (X) | A | Dividend | J | T | | | | | |
| 190. MASTERCARD INCORPORATED (MA) | A | Dividend | J | T | | | | | |
| 191. MCDONALDS CORP (MCD) | A | Dividend | J | T | | | | | |
| 192. MEDTRONIC PLC (MDT) (X) | A | Dividend | J | T | | | | | |
| 193. MERCK & CO INC (MRK) | A | Dividend | J | T | | | | | |
| 194. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 195. MOTOROLA SOLUTIONS INC (MSI) | A | Dividend | J | T | | | | | |
| 196. NEXTERA ENERGY INC (NEE) | A | Dividend | J | T | | | | | |
| 197. NICE LTD (NICE) | | None | J | T | | | | | |
| 198. ORACLE CORPORATION (ORCL) | A | Dividend | J | T | | | | | |
| 199. PARK HOTELS & RESORTS INC (PK) (Y) | | | | | | | | | |
| 200. PAYCHEX INC (PAYX) | A | Dividend | J | T | | | | | |
| 201. PEPSICO INC (PEP) (Y) | | | | | | | | | |
| 202. PFIZER INC (PFE) | A | Dividend | J | T | | | | | |
| 203. PHILIP MORRIS INTERNATIONAL (PM) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 204. PNC FINANCIAL SVCS GROUP INC (PNC) | A | Dividend | J | T | | | | | |
| 205. PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 206. PROGRESSIVE CORP-OHIO (PGR) (X) | A | Dividend | J | T | | | | | |
| 207. RAYTHEON CO (RTN) | A | Dividend | J | T | | | | | |
| 208. RELX PLC (RELX) | A | Dividend | J | T | | | | | |
| 209. RENAISSANCERE HOLDINGS LTD (RNR) (X) | A | Dividend | J | T | | | | | |
| 210. REPUBLIC SERVICES INC (RSG) | A | Dividend | J | T | | | | | |
| 211. ROSS STORES INC (ROST) | A | Dividend | J | T | | | | | |
| 212. ROYAL DUTCH SHELL PLC (RDS.A) | A | Dividend | J | T | | | | | |
| 213. SEALED AIR CORP NEW (SEE) | A | Dividend | J | T | | | | | |
| 214. SYSCO CORP (SYY) | A | Dividend | J | T | | | | | |
| 215. TEXAS INSTRUMENTS INC (TXN) | A | Dividend | J | T | | | | | |
| 216. TJX COMPANIES INC NEW (TJX) (Y) | | | | | | | | | |
| 217. TORONTO-DOMINION BANK (TD) (Y) | | | | | | | | | |
| 218. TYSON FOODS INC-CL A (TSN) (X) | A | Dividend | J | T | | | | | |
| 219. TOTAL SYSTEM SERVICES INC (TSS) | A | Dividend | | | Merged (with line 178) | 09/18/19 | J | | |
| 220. UNITEDHEALTH GROUP INC (UNH) | A | Dividend | J | T | Sold (part) | 01/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. VISA INC (V) | A | Dividend | J | T | | | | | |
| 222. WALMART STORES INC (WMT) | A | Dividend | J | T | | | | | |
| 223. 401(k) ACCOUNT #1 (H) | | | | | | | | | |
| 224. AB MULTIMANAGER ALTERNATIVE FUND (AB15670) | | None | M | T | | | | | |
| 225. 403(b) ACCOUNT #1 (H) | | | | | | | | | |
| 226. AMERICAN FUNDS WASHINGTON MUTUAL INVESTORS (RWEBX) | B | Dividend | K | T | Buy | 08/19/19 | K | | |
| 227. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 228. PRIMECAP ODYSSEY STOCK FUND (POSKX) | B | Dividend | K | T | Buy | 08/19/19 | K | | |
| 229. PRIMECAP ODYSSEY GROWTH FUND (POGRX) | B | Dividend | K | T | Buy | 08/19/19 | K | | |
| 230. | | | | | Sold (part) | 11/06/19 | J | | |
| 231. GOLDMAN SACHS EMERGING MARKETS EQUITY FUND (GEMUX) | A | Dividend | K | T | Buy | 08/19/19 | J | | |
| 232. PARNASSUS MID CAP FUND (PARMX) | A | Dividend | K | T | Buy | 08/19/19 | K | | |
| 233. GOLDMAN SACHS INTL EQUITY INSIGHTS FD-A (GCIIX) | A | Dividend | K | T | Buy | 08/19/19 | J | | |
| 234. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 235. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 236. PGIM HIGH YIELD FUND (JDYRX) | A | Dividend | K | T | Buy | 08/19/19 | J | | |
| 237. | | | | | Buy (add'l) | 11/06/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. JPMORGAN SMALL CAP EQUITY FD (VSENX) | A | Dividend | K | T | Buy | 08/19/19 | J | | |
| 239. GUGGENHEIM INVESTMENT GRADE BOND (SIUPX) | A | Dividend | J | T | Buy | 08/19/19 | J | | |
| 240. PIMCO INTENRATIONAL BOND FUND (PFONX) | A | Dividend | J | T | Buy | 08/19/19 | J | | |
| 241. GOLDMAN SACHS INTL SMALL CAP INSIGHTS (GICIX) | A | Dividend | J | T | Buy | 08/19/19 | J | | |
| 242. INVESCO OPPENHEIMER SENIOR FLOATING RATE (OOSNX) | A | Dividend | | | Buy | 08/19/19 | J | | |
| 243. | | | | | Sold (part) | 11/06/19 | J | | |
| 244. | | | | | Sold | 11/08/19 | J | | |
| 245. 529 ACCOUNT #1 (H) | | | | | | | | | |
| 246. FIDELITY NH CONSERVATIVE INDEX | | None | K | T | Sold (part) | 01/11/19 | J | | |
| 247. | | | | | Sold (part) | 05/23/19 | J | | |
| 248. | | | | | Sold (part) | 09/13/19 | J | | |
| 249. | | | | | Sold (part) | 09/16/19 | J | | |
| 250. | | | | | Buy (add'l) | 12/17/19 | K | | |
| 251. FIDELITY NH MODERATE GROWTH PORTFOLIO | | None | J | T | Sold (part) | 01/11/19 | J | | |
| 252. | | | | | Sold (part) | 05/23/19 | J | | |
| 253. | | | | | Sold (part) | 09/13/19 | J | | |
| 254. | | | | | Sold (part) | 09/16/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lanzillo, Richard A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 255.  529 ACCOUNT #2 (H) | | | | | | | | | |
| 256.  FIDELITY NH CONSERVATIVE INDEX | | None | | | Sold<br>(part) | 01/11/19 | K | | |
| 257. | | | | | Sold | 04/22/19 | J | | |
| 258.  FIDELITY NH COLLEGE PORTFOLIO | | None | | | Sold<br>(part) | 01/11/19 | J | | |
| 259. | | | | | Sold | 04/22/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

HARRIS CORP-DEL (HRS) is now L3 HARRIS TECHNOLOGIES INC (LHX).

Part VII, lines 285, 286, 288, 292, 295, 298, 305, 306, 312, 313, and 315 of the 2018 report are not reportable in this cycle; there are no corresponding reportable transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 08/10/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Richard A. Lanzillo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544